**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In RE:

BLOEDORN, BRETT J
BLOEDORN, CATHERINE R

Case No. 25-60331
Chapter 7

Debtor(s).

**UNCLAIMED DIVIDENDS/DISTRIBUTION LESS THAN $5.00 FOR DEPOSIT TO REGISTRY FUND**

Please Check One:
: Unclaimed Dividends
X: Distribution Less Than $5.00

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| Minnesota Department of Revenue<br>PO Box 4113<br>Saint Paul, MN 55164 | 16U | 109.31 | 3.47 |
| M&T Bank<br>P.O Box 1508<br>Buffalo, NY 14240 | 1U | 1.00 | 0.03 |

Date: July 16, 2026

/s/ Gene W. Doeling
Gene W. Doeling, Trustee